Geoffrey C. Lyon, SBN 132747
E-Mail: lyonlaw@yerizon.net
LYON LAW
400 Oceangate, Suite 1120
Long Beach, California 90802
Telephone: (562) 590-6900
Facsimile: (562) 569-6945

Attorneys for Plaintiff
ROXANNE WALKER

Camilo Echavarria (SBN 192481)
Email: camiloechavarria@dwt.com
Jeffrey H. Ikejiri (SBN 245256)
Email: jeffikejiri.dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BANK OF AMERICA CORPORATION

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROXANNE WALKER, | ) Case No. CV 11-07041-JFW |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) Hon. John F. Walter, Presiding |
| BANK OF AMERICA, NATIONAL ASSOCIATION; BANK OF AMERICA CORPORATION; and DOES 1 to 10, | ) Action Filed in State Court: April 12, 2011 |
| Defendant(s). | ) Removed to Federal Court: August 25, 2011 |

[PROPOSED ORDER]

1 | Based on the settlement of this entire action among all parties as to all causes
2 | of action and the parties' consequent stipulation for dismissal of the entire action
3 | with prejudice, this entire action is hereby dismissed with prejudice pursuant to Rule
4 | 41(a)(1) of the Federal Rules of Civil Procedure.

6 | DATED: 12/28/11          _____
                              Hon. John F. Walter
                              UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I electronically filed a true and correct copy of the foregoing:

**[PROPOSED] ORDER**

through the Court's CM/ECF system, which will send an electronic notice of electronic filing to the following:

Camilo Echavarria (SBN 192481)
*Email: camiloechavarria@dwt.com*
Jeffrey H. Ikejiri (SBN 245256)
*Email: jeffikejiri@dwt.com*
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017

Attorneys for Defendants
BANK OF AMERICA, N.A. and
BANK OF AMERICA CORPORATION

2
[PROPOSED ORDER]

DWT 18761704v1 4900000-001274